**UNITED STATES BANKRUPTCY COURT**
               **NORTHERN DISTRICT OF FLORIDA**
                    **PENSACOLA DIVISION**

IN RE:                                         CASE NO. 05-30374-PNS3
                                                 CHAPTER 13
DANILO FERRERAS MERCADO

              Debtor(s)
_____/

        **CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
                <u>**OF UNCLAIMED FUNDS**</u>

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: CAPITAL ONE which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 390102 in the amount of $4.49 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

DANILO FERRERAS MERCADO
3106 DOWNEY BRANCH LANE
LYNN HAVEN, FL 32444

CAPITAL ONE
P.O. BOX 26074
RICHMOND, VA 23260

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

4/15/2010 10:06 am / CR_213